IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ELTON WALTERS, | ) | CASE NO. 2:15-CV-02331-GLF-TPK |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE GREGORY L. FROST |
| vs. | ) | |
| | ) | MAGISTRATE TERENCE P. KEMP |
| | ) | |
| DOLGEN MIDWEST LLC, *et al.*, | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Parties' Joint Motion to Stay the Dispositive Motion Deadline is HEREBY GRANTED. The dispositive motion deadline in this matter is stayed until the Parties file their joint notice of dismissal with prejudice, or until further notice.

IT IS SO ORDERED.

                 /s/  GREGORY L. FROST
                 _____
                 The Honorable Gregory L. Frost